UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOUSTON HAYES, a
California resident,

        Plaintiff,

   v.

SYNTHES USA SALES, LLC,
a Delaware limited
liability company,

        Defendant.
_____/

NO. CIV. S-12-1672 LKK/DAD

O R D E R

    A hearing on plaintiffs' Motion for Summary Judgment, ECF No. 8, is currently scheduled for July 23, 2012. On the deadline for filing an opposition or statement of non-opposition, defendant Synthes USA Sales filed a Motion to Dismiss, set for hearing on August 6, 2012. ECF No. 10. That motion also contains a response to the Motion for Summary Judgment.

    Pursuant to Local Rule 230(e), the court CONTINUES the hearing on plaintiff's Motion for Summary Judgment to August 6, 2012 at 10:00 a.m.

////

1

1    IT IS SO ORDERED.

2    DATED:  July 17, 2012.

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

2