UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOUSTON HAYES, a
California resident,

        Plaintiff,

   v.

SYNTHES USA SALES, LLC,
a Delaware limited
liability company,

        Defendant.
_____/

NO. CIV. S-12-1672 LKK/DAD

O R D E R

    A hearing on a motion to dismiss and a motion for summary judgment is currently scheduled for August 6, 2012. Defendant in this case filed an ex parte application to continue the hearing date to September 4, 2012. ECF No. 21. Plaintiff opposes the ex parte application. ECF No. 23.

    The ex parte application is DENIED. The court will hear the pending motions as scheduled in August 6, 2012.

    IT IS SO ORDERED.

    DATED:  July 31, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1